**In the Interest of K.P., a minor.**

No. ED 77430.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 19, 2000.

Connie S. Hood, St. Louis, MO, for appellant.

Sherry L. Taylor, St. Louis, MO, for respondent.

Before GARY M. GAERTNER, P.J., CRAHAN and DRAPER, JJ.

### ORDER

PER CURIAM.

Appellant, Mary Katherine Perry, appeals from the judgment of the Circuit Court of the City of St. Louis terminating her parental rights in K.P., a minor child, pursuant to Section 211.447.4, RSMo 1994. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcripts, and find no error of law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b)

**Herbert BOWENS, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 77722.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 19, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, P.J., CRAHAN, J., and DRAPER, J.

### ORDER

PER CURIAM.

Herbert Bowens, Jr. appeals from the judgment denying his Rule 29.15 motion for post-conviction relief in that his trial counsel was ineffective for failing to object to comments made during closing argument.

We have reviewed the briefs of the parties, the legal file, and the transcripts and find the motion's court decision was not clearly erroneous because trial counsel's failure to object constituted trial strategy. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed. Rule 84.16(b).